UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRI LEE SHELTON,

       Plaintiff,

                                         Case No.13-cv-12480
                                         HON. GERSHWIN A. DRAIN

vs.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION (#18), DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (# 13) AND GRANTING THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (# 17)**

This matter is before the court on the parties' Cross-Motions for Summary Judgment as to Plaintiff Terri Lee Shelton's claim for judicial review of Defendant Commissioner of Social Security's denial of her application for disability insurance benefits. The matter was referred to Magistrate Judge Charles E. Binder, who issued a Report and Recommendation on January 4, 2015, recommending that the Court deny Plaintiff's Motion for Summary Judgment and grant Defendant's Motion for Summary Judgment. Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion.

-1-

Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Binder's January 4, 2015 Report and Recommendation [#18] as this Court's findings of fact and conclusions of law. Defendant's Motion for Summary Judgment [#17] is GRANTED.  Plaintiff's Motion for Summary Judgment [#13] is DENIED.

     SO ORDERED.

Dated: January 26, 2015

                         /s/ Gershwin A Drain
                         GERSHWIN A. DRAIN
                         UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 26, 2015, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk